**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
Civil Action No. 5:12-CV-341-KSF**

**CHRIS PEARL**                                                                             **PLAINTIFF**

**VS.**

**MIDLAND FUNDING, LLC**                                         **DEFENDANT**

### DEFENDANT'S CORPORATE AND BUSINESS ENTITY DISCLOSURE

Pursuant to Local Rule 7.1 of the United States District Court for the Eastern District of Kentucky, the defendant, Midland Funding, LLC, makes the following disclosure.

1. Midland Funding LLC is a wholly-owned subsidiary of Encore Capital Group, Inc.

2. Although Midland Funding LLC is not a publicly held or traded company, Encore Capital Group, Inc. is a publicly held company. Encore Capital Group, Inc. trades under NASDAQ symbol ECPG.

Respectfully submitted, this the 19th day of December, 2012.

                                       THE MILLER LAW FIRM, PLLC

                                       By: s/ Bobby R. Miller, Jr.
                                             Bobby R. Miller, Jr., Esq.
                                             2660 West Park Drive, Suite 2
                                             Paducah, KY 42001
                                             Tele: (270) 554-0051
                                             Fax: (866) 578-2230
                                             bmiller@millerlaw-firm.com

                                       Attorneys for Defendant
                                       Midland Funding, LLC

2

## CERTIFICATE OF SERVICE

    I, the undersigned counsel, do hereby certify that I have this 19th day of December 2012, electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Kenneth J. Henry, Esq. and James H. Lawson, Esq.

                                                                  s/ Bobby R. Miller, Jr.
                                                                  Attorneys for Defendant