UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

WINDWARD BORA LLC,

Case No.: 21-cv-03308

Plaintiff,

-against -

Howard Ingber AKA Howard R. Ingber; et. al.

Defendants.

---------------------------------------------------------------X

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S ORDER TO SHOW CAUSE**

STATE OF FLORIDA )
) ss.:
COUNTY OF DADE )

I, Yonel Devico, being duly sworn deposes and swears:

1. I am a duly authorized representative and Vice President of the Plaintiff, Windward Bora, LLC (the "Plaintiff" or "Windward Bora").

2. I make this Affidavit in support of Plaintiff's Memorandum in support of the order to show cause with respect to diversity jurisdiction, for the above-captioned matter.

3. I am the sole member of Windward Bora and I reside in Miami Beach, Florida.

4. Therefore, for the purposes of diversity, Windward Bora is a citizen of the state of Florida.

**WHEREFORE**, I respectfully request that the relief Plaintiff requests be granted in all respects.

**WINDWARD BORA, LLC**

Yonel Devico
Vice President

STATE OF FLORIDA )
) ss.
COUNTY OF DADE )

On JUNE 16, 2021, before me, MOTT KORNICKI, a Notary Public in and for said County and State, personally appeared YONEL DEVICO, who is **"CIRCLE ONE"** personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

[NOTARY SEAL]

Mott Marvin Kornicki
COMMISSION # GG265229
EXPIRES: Nov. 29, 2022
Bonded Thru Aaron Notary

My Commission Expires:
Nov. 29, 2022

Notary Public